UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~[scribbled out]~~
~~[scribbled out]~~
Andrew Sepulveda
(In the space above enter the full names(s) of the plaintiff(s).)

-against-

Detective TODD GERBASIO Sheild #1463
P.O. Christopher P. Mauer
Nassau County
Nassau County Police Department

(In the space above enter the full name(s) of the defendant(s). If you Cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Address should be included here)

18 CV 4922

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial ☑ Yes ☐ No
(Check one)

I.  Parties in this Complaint

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Andrew Sepulveda
            ID# 16A1024
            Current Institution D.C.F.
            Address Box F, Fishkill, NY 12524

B.  List all defendants' names. Positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of papers as necessary.

Defendant No. 1   Name Nassau County _____ Shied # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name Nassau County Police Headquarters   ~~Shied #~~ _____
                  ~~Where Currently Employed~~
                  Address Mineola _____

Defendant No. 3   Name Detective Todd Gerbasio   Shied # 1483
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name P.O. Christopher P. Mauer   Shied # Unknown
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shied # _____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim. Do not cite any case or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your clam(s) occur? Happened at ~~this~~ unlawful seizer of life + liberty.

B.   Where ~~in the institution~~ did the events giving rise to your claim(s) occur? @ corner of Long Beach Rd + Merrick Rd Oceanside NY exxon mobile gas station

C.   What date and approximate time did the events giving rise to your claim(s) occur? Feb 11th 8:00-8:15 PM 2018

D.   Facts: Racially Profiled as a Hispanic or African American sellin drugs I Believe I was sitting with the Mother of My child on a curb Minding my own Business when the Defendent flew up on Myself + her while quitly sharing A cigerette Minding our Business + not causin Any Disturbance of any kind when they exited the vehicle + where on myself + "BM" Babies Mother for short. They Did not have Any Probule cause to search us put hands on self + If they was gonna search her there was supposed to be a female officer present for that. The officer + Detective violated my ~~face~~ fifth Amendment + fourteenth Amendment Rights As per constitution + violated same for my BM After they Ran our Pockets + found her medication she was prescribed and unlawfully detained the forcefully put handcuffs on us + damage our Psyches + myself Physically which I can prove thru medical Records from the Jail I am now taking an Increased dose of Medication that is Addictive + AM on stronger psych meds cause of these Racial Profiling

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental Distortion Taking Anti Psycotic medication cause can't fathom why I am even here, Nerotin for the Damage done to my wrists + emotional degredation cause I was labled a fool In front of my BM cause I couldn't stop the officer from pat frisking My Babies Mother

IV.   Exhaustion of Administrative Remedies:

The Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any or Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were ~~confined in a jail, prison, or other correctional facility~~? Being Wrongfully Detained

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Nassau county correctional Center

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  X     No _____     Do Not know _____

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all your claim(s)?

Yes _____     No  \     Do Not know _____

If YES, which claim(s)? Happened During Arrest

D. Did you file a grievance in the jail, prison, or other facility correctional where your claim(s) arose?

Yes _____     No  \    Fileing now on Grounds Arrest was un Just

If NO, did you file a grievance about the events described in this complaint, where did You file the grievance?

Yes _____     No  \

E. If you did file a grievance, about the events described in this complaint, where did you file the Grievance?

_____

1. Which claim(s) in this complaint did you grievance _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to The highest level of the grievance process. _____

F.  If you did not file a grievance:
   1. If there are any reason why you did not file a grievance, state them here: Can't file A grievance cause In fear of Reflaton (being put under the jail)

   2. If you did not file a grievance but informed any official of your claim, state who you in informed, when and how, and their response, if any: Don't know who to talk to Tryed But got no where

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Spoke with medical ADMIN About what I can do About pain was told nothing can happen till my release

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. All Document Are In Medical Folder need It Sopenada

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, That you are seeking and basis for such amount). Reverse of sentence + Droped In docket 750-2018 or R-003798-18NA Detective + officer put on Admin Leave w/ Pay or not IM not cruel + About 50-100,000 US Dollars for the violation of my Rights as A Human being And Being A Decent Born US Citizen Also A Physical therapist for help Rehabilitating my hands If that's even possible

VI. **Previous lawsuit:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No \_\_✓\_\_

B. If your nswer to A is yes, describe each lawsuit by answering questionings 1 through 7 below. (If there is more than one law suit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1. Parties to previous lawsuit:

Plaintiff _____

Defendants _____

    2. Court (if federal court, name the district, if state court, name the county) _____

    3. Docket or index number _____

    4. Name of Judge assigned to your case _____

    5. Approximate date of filing lawsuit _____

    6. Is the case still pending? Yes _____ No _____

    7. What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No \_\_✓\_\_

D. If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same format.)

    1. Parties to previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district, if state court, name the county) _____
_____
3. Docket or index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes _____ No _____
7. What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____
_____
_____

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this __22__ day of __May__, 20 _18_.

Signature of Plaintiff _____[signature]_____
Inmate Number __16A1024__
Institution Address __F.C.F. Box F Red School House Road Fishkill NY, 12524-0445__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __22__ day of __May__, 20 _18_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _____[signature]_____

5/21/18

To ; whom it may concern

i am writing you this letter for an extension of th 90 day grace peroid also find enclosed a copie of the the orginal claim and a responspe back for the supreme court clerk  stateing that i dent the paper work to the wrong court and they ssaid they sent me a booklet on how to file a claim and i guess the didnt enclose the booklet im gunna need to send for it i guess but i just want that to be know that its in the works

sincerly
andrew sepulveda
16a1024

SWORN TO BEFORE ME
THIS __22__ DAY OF __MAY__
20_18_
NOTARY PUBLIC

WILLIAM R. NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-21

Prievess claim

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF Nassau

In the matter of the claim of: Andrew Sepulveda

Against          **NOTICE OF CLAIM**

[ ] Village [ ] Town [X] City [ ] County of Nassau

Oceanside

Please take notice that the claimant herein herby makes claim and demand against you as follows:

1. The name and post office address of the claimant and of his/her attorney is:

| Claimant | Claimant's Attorney |
|---|---|
| Address 1: 90 Ongley St Apt 1, RVC 11570 | Steven Bondell, 666 Old Country RD Ste 306, Garden City, NY 11536 |
| Address 2: NCCC 100 Carmen Ave, E Meadow NY 11554 | |

2. The nature of the Claim:

Physical + emotional pain cruel + unusual manners, no chillorey, no photo call. Didn't listen to my my pleads of pain to loosin Handcuffs + now there is permanent damage to Booth Hands, There After I Asked Agian several times to loosein Hand Cuffs

3. The time when, the place where and the manner in which the claim arose: The incident occurred on Feb 11, 20 18, at or about 8:15 [ ] am [X] pm,

Detective TODD GerBASio SHield #1453 + Po chrpstopher P. Magner

4. The items of damage or injuries claimed are:

Physical Injury + cruel + unusual punishment Also there was no female officer there to check my girl friend and they had no Probable cause to search me or my girl friend

That said claim and demand is hereby presented for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this same.

1

Mr. A. Sepulveda 16A1024
D.C.F. Box F
Red School House Road
Fish Kill, NY 12524-0445

FISHKILL
CORRECTIONAL
FACILITY

Legal Mail

PRO SE OFFICE
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 230
New York, New York 1007

USM P3
SDNY

2018 JUN -1 PH 3:12